IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES L. WALKER-EL, 22334-175 | § | |
| | § | |
| v. | § | No. 3:10-CV-368-M |
| | § | |
| | § | |
| TWYLA BARNETT | § | |

**ORDER ACCEPTING THE AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration and has reviewed the Amended Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. No objections were filed. The District Court finds no error in them. The Court accepts the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 9th day of February, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS